United States District Court
Western District of Texas
San Antonio Division

02-9-21

FILED
FEB 11 2021
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY CLERK

Tam.Monta K. Hastings
TDCJ No. 02233120

Civil No. SA-20-CA-01279-XR

My name is Tam.Monta Hastings, and could you please put a stay on my 28 USC-2254, Case No. 5:20-CV-01279.

Please and Thank you!

Sincerely,

T. Hastings
#02833120

cc

I am Monta Hastings
#02023126 Dominguez Brit
6535 Cagnon Road
San Antonio Texas 78252

Legal Mail

Legal Mail

Special

CV-9

Clerk U.S District Court
Western District of Texas
John H. Wood Jr U.S Courthouse
655 East Cesar E. Chavez Boulevard
San Antonio Texas 78206-1104

SAN ANTONIO TX 780
RIO GRANDE DISTRICT
9 FEB 2021 PM 2 L

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
DEPUTY CLERK
RECEIVED
FEB 11 2021
OPENED BY CSO
FEB 11 2021
7206-11075